This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**DAVID C. MONTOYA,**

    Petitioner-Appellant,

v.                                                                          **NO. 29,801**

**CARMELA MONTOYA,**

    Respondent-Appellee,

and

**STATE OF NEW MEXICO ex rel**
**HUMAN SERVICES DEPT.,**

    Intervenor-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SAN MIGUEL COUNTY**
**Eugenio S. Mathis, District Judge**

David C. Montoya
Las Vegas, NM

Pro Se Appellant

Michael Torrez
Portales, NM

Victoria W. Doom
Las Vegas, NM

for Appellees

# MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

Summary reversal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary reversal has been filed, and the time for doing so has expired.

Reversed.

**IT IS SO ORDERED.**

---

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

---

**RODERICK T. KENNEDY, Judge**

---

**LINDA M. VANZI, Judge**